UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 07-20753-CIV-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LILIA REYES,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the plaintiff's Motion to Allow Plaintiff's Representative to Appear Telephonically (DE# 19, 7/12/07). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the plaintiff shall confer with the defendant in a good faith effort to resolve by agreement the issues raised in the aforementioned motion pursuant to S.D. Fla. L.R. 7.1 (A)(3). On or before **Friday, July 20, 2007**, the plaintiff shall file the statement required by Rule 7.1 (A)(3).

**DONE and ORDERED** in Chambers at Miami, Florida this **13th** day of July, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Graham
All counsel of record